In The



Court of Appeals



Ninth District of Texas at Beaumont


____________________



NO. 09-04-433 CV


____________________



BRYAN BLEVINS, Appellant



V.



RALPH ROSE AND DAVID PALMER, Appellees






On Appeal from the 217th District Court


Angelina County, Texas


Trial Cause No. 35369-02-06






MEMORANDUM OPINION (1)


 Bryan Blevins, appellant, filed a motion to dismiss this appeal. The Court finds that
this motion is voluntarily made by the appellant prior to any decision of this Court and
should be granted. Tex. R. App. P. 42.1(a)(1). No other party filed a notice of appeal. 
 It is, therefore, ordered that the motion to dismiss be granted and the appeal is
therefore dismissed. Appellate costs are assessed against the appellant.

 APPEAL DISMISSED. 

 PER CURIAM

Opinion Delivered December 16, 2004

Before McKeithen, C.J., Burgess and Gaultney, JJ.
1. Tex. R. App. P. 47.4.